McGREGOR W. SCOTT
United States Attorney
GRANT RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
MAY 17 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DANIEL BOYD McMONEGAL,<br><br>  Defendant. | CASE NO. 1:18 CR - 00106 LJO SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on May 17, 2018, charging the above defendant with a violations of 21 U.S.C. § 846 & 841(a)(1) & (b)(1)(C) – Conspiracy to Distribute a Controlled Substance; 21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution of a Controlled Substance; 18 U.S.C. § 1956(a)(1)(B)(i) – Money Laundering; 18 U.S.C. § 1957 – Money Laundering; and 21 U.S.C. § 853(a), 18 U.S.C. § 982(a)(1) – Criminal Forfeiture be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant

Motion to Seal Indictment                                                   1

issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: May 17, 2018

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By   /s/ Grant Rabenn
GRANT RABENN
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: May 17, 2018

SHEILA K. OBERTO
U.S. Magistrate Judge