McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America



FILED
JUN 0 6 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL BOYD MCMONEGAL, <br><br> Defendant. | CASE NO. 1:18-CR-00106-LJO-SKO <br><br> MOTION TO UNSEAL DOCKET AND INDICTMENT |

The United States of America hereby applies to this Court for an order to unseal the docket and indictment in the above-captioned case. The defendant was indicted on May 17, 2018. The United States moved to seal the indictment and docket because the indictment made reference to undercover transactions made by law enforcement agents. No longer having a need to keep that information secret, the United States moves to unseal the indictment and docket.

Dated: June 6, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ GRANT B. RABENN

GRANT B. RABENN
Assistant United States Attorney

IT IS SO ORDERED that the Clerk's Office unseal the docket and the indictment.

DATED: This 6 day of June, 2018

HON. BARBARA A. MCAULIFFE
United States Magistrate Judge