**ROGER T. NUTTALL #42500**
**NUTTALL COLEMAN & DRANDELL**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, DANIEL McMONEGAL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL McMONEGAL,<br><br>    Defendant. | No. 18-CR-0106-LJO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Sentencing Hearing currently scheduled for November 12, 2019, at 8:30 a.m. be continued to **December 2, 2019, at 8:30 a.m.** before the Honorable Lawrence J. O'Neill.

The need for a continuance is based upon Defendant, DANIEL McMONEGAL, and his counsel are meeting with Probation on September 23, 2019. Probation advised that additional time was needed to prepare the initial Presentence Report.

This request by defense counsel has been relayed to the Government Counsel Assistant U.S. Attorney Grant Rabenn, who has no objection.

///

///

1

Under the circumstances set forth herein, it is respectfully suggested that good cause does indeed exist for a continuance to the hereinabove-noted date.

**IT IS SO STIPULATED.**

Dated: September 13, 2019.  Respectfully submitted,

NUTTALL COLEMAN & DRANDELL


By /s/ ROGER T. NUTTALL
    ROGER T. NUTTALL
    Attorneys for Defendant,
    DANIEL McMONEGAL

Dated: September 13, 2019.  McGREGOR W. SCOTT
                            United States Attorney


By /s/ GRANT RABENN
    GRANT RABENN
    Assistant U.S. Attorney

### ORDER

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled on November 12, 2019, at 8:30 a.m., is continued to **December 2, 2019, at 8:30 a.m. No further continuances.**

IT IS SO ORDERED.

Dated:  **September 13, 2019**       **/s/ Lawrence J. O'Neill**
                                     UNITED STATES CHIEF DISTRICT JUDGE