HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:18-cr-00106-LJO-SKO |
|---|---|---|
| *Plaintiff,* | ) | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| DANIEL BOYD MCMONEGAL, | ) | |
| *Defendant.* | ) | |

Defendant, Daniel Boyd McMonegal, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his probation.

On December 2, 2019, Mr. McMonegal was sentenced to 5 years of probation. Mr. McMonegal submits the attached Financial Affidavit as evidence of his inability to retain counsel currently. After reviewing Mr. McMonegal's Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED: May 26, 2022                    */s/ Eric V Kersten*
                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoint counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **May 26, 2022**                    /s/ *Barbara A. McAuliffe*
                                                                            UNITED STATES MAGISTRATE JUDGE