1   HEATHER E. WILLIAMS, CA Bar #122664
    Federal Defender
2   ERIN SNIDER, CA Bar #304781
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    DANIEL BOYD MCMONEGAL

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          Case No. 1:18-cr-00106-LJO-SKO

12              Plaintiff,              *UNOPPOSED* MOTION FOR EARLY
                                        TERMINATION OF PROBATION; ORDER
13   vs.
                                        Hon. Jennifer L. Thurston
14   DANIEL BOYD MCMONEGAL,

15              Defendant.

16

17        Daniel Boyd McMonegal hereby moves this Court for an order terminating probation at

18   this time. Undersigned counsel has conferred with Mr. McMonegal's assigned United States

19   Probation Officer, Chet Bou, as well as with counsel for the government, Assistant United States

20   Attorney Laurel Montoya, and neither probation nor the government is opposed to this request.

21        Title 18, United States Code, Section 3564(c) grants this Court the power to terminate a

22   term of probation at any time after the expiration of one year on a felony case, pursuant to the

23   provisions of Federal Rule of Criminal Procedure Rule 32.1(c) [1], provided the Court is satisfied

24   that such action is warranted by the conduct of the defendant and in the interests of justice. *See*

25

26   _____
     [1] Federal Rule of Criminal Procedure 32.1(c)(1) generally requires "a hearing, at which the
     person has the right to counsel and an opportunity to make a statement and present any
27   information in mitigation." However, no hearing is required if the defendant waives the hearing.
     Fed. R. Crim. P. 32.1(c)(2)(A). Nor is a hearing required if the relief is favorable to the
28   defendant and the government does not object. Fed. R. Crim. P. 32.1(c)(2)(A) and(B). Under
     both provisions, no hearing is required here.

1   18 U.S.C. § 3564(c); *see also United States v. Ponce*, 22 F.4th 1045 (9th Cir. 2022) (clarifying

2   that early termination of supervised release is not just reserved for rare cases involving

3   exceptionally good behavior).

4         On December 2, 2019, United States District Judge Lawrence J. O'Neill sentenced Mr.

5   McMonegal to a five-year term of probation following Mr. McMonegal's guilty plea to

6   conspiracy to distribute a controlled substance. *See* ECF #31. As condition of probation, Judge

7   O'Neill ordered Mr. McMonegal to complete 1,000 hours of community service. Judge O'Neill

8   also ordered Mr. McMonegal to pay a $5,000 fine. As of the date of this filing, Mr. McMonegal

9   has been on probation for a period of approximately two years and seven months. During that

10  time, he has completed his community-service obligation through volunteer work at the

11  Mariposa Museum of History and he has paid his monetary penalty in full. Mr. McMonegal has

12  not incurred any violations of probation and has remained in compliance with all terms and

13  conditions. He has maintained a steady residence in Oakhurst, California, where he resides with

14  his girlfriend and newborn son. He currently works on his girlfriend's farm. At present, Mr.

15  McMonegal is not receiving counseling or treatment services from probation and he is living a

16  positive, pro-social, and law-abiding life.

17        On May 24, 2022, Mr. McMonegal's probation officer, Chet Bou, indicated that

18  probation was "not opposed" to early termination of Mr. McMonegal's term of probation in light

19  of Mr. McMonegal's "minimal criminal record and progress," his completion of the court-

20  ordered community service hours, and his payment of the fine. On June 28, 2022, Assistant

21  United States Attorney Laurel Montoya indicated via email that the government "has no

22  objection" to early termination of Mr. McMonegal's term of probation. This unopposed motion

23  was reviewed and approved by Ms. Montoya and Officer Bou prior to its filing.

24        Based on the foregoing, the defense submits that early termination of probation is

25  warranted based on the conduct of Mr. McMonegal and is in the interests of justice.

26  ///

27  ///

28  ///

McMonegal - Unopposed Motion for Early
Termination of Probation

1

                                                   Respectfully submitted,

2

                                                   HEATHER E. WILLIAMS

3

                                                   Federal Defender

4

5

Date: June 28, 2022                      */s/ Erin Snider*

                                                  ERIN SNIDER

6

                                                   Assistant Federal Defender

                                                   Attorney for Defendant

7

                                                   DANIEL BOYD MCMONEGAL

8

9

10

                                       **O R D E R**

11

      Pursuant to 18 U.S.C. § 3564(c), the Court hereby terminates Defendant Daniel Boyd

12

McMonegal's term of probation.

13

14

IT IS SO ORDERED.

15

    Dated:   **June 30, 2022**

16

                                                 UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28